# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148753

DETROIT EDISON COMPANY,
      Plaintiff-Appellee,

v

                                       SC: 148753
                                       COA: 309732

DEPARTMENT OF TREASURY,
      Defendant-Appellant.
                                       Court of Claims: 10-000104-MT

_____/

      On order of the Court, the application for leave to appeal the January 9, 2014 judgment of the Court of Appeals is considered, and it is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014



Clerk

s0924